Liza M. Walsh
Selina M. Ellis
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Boulevard, 6th Floor
Newark, NJ 07102

*Attorneys for Plaintiffs Gilead Sciences, Inc. and Emory University*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY, <br><br>     Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LTD. and AUROBINDO PHARMA USA INC., <br><br>     Defendants. | Civil Action No.: <br><br> **PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Gilead Sciences, Inc. ("Gilead") and Emory University ("Emory") file this Disclosure Statement and hereby state:

1. Gilead states that it has no parent corporation and there is no publicly-held entity that owns 10% or more of Gilead's stock.

2. Emory states that it is not a non-governmental corporate party, and that it has no parent corporation and there is no publicly-held entity that owns 10% or more of Emory's stock.

Dated: June 23, 2016                                         WALSH PIZZI O'REILLY FALANGA LLP

By: */s/ Liza M. Walsh*
Liza M. Walsh
Selina M. Ellis
One Riverfront Plaza
1037 Raymond Boulevard, 6th Floor
Newark, NJ 07102
Tel:  973-757-1100
Fax:  973-757-1090

**OF COUNSEL:**

David B. Bassett (*pro hac vice forthcoming*)
David A. Manspeizer
Jonathan E. Barbee (*pro hac vice forthcoming*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Christopher Borello (*pro hac vice forthcoming*)
FITZPATRICK, CELLA, HARPER
 & SCINTO
1290 Avenue of the Americas
New York, NY 10104

*Attorneys for Plaintiffs Gilead Sciences, Inc. and Emory University*

2