UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GILEAD SCIENCES INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LTD., et al., <br><br> Defendants. | Case No. 1:16-cv-03722-RMB-AMD |

**APPEARANCE OF COUNSEL**

TO: The clerk of court and all parties of record.

I am admitted to practice in this court, and I appear as counsel for:
Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.

*/s/ Marc Youngelson*

Marc D. Youngelson, Esq.
(cosner@cosnerlaw.com)
Cosner Youngelson
197 Route 18 South, Suite 104
East Brunswick, NJ 08816
(732) 937-8000 (Phone)
(732) 937-5439 (Facsimile)

*Of counsel:*
Steven J. Moore
(steven.moore@withersworldwide.com)
Withers Bergman LLP
157 Church Street
New Haven CT 06502-0426
Telephone: (203)302-4069

*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.*